AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
OCT 0 2 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| Frederick Onofer Schaker, III ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:17cv30-FB |
| Nancy A. Berryhill ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   IT IS THEREFORE ORDERED that the Memorandum and Recommendation (docket no. 13) of the United States Magistrate Judge filed in this cause is accepted pursuant to 28 U.S.C. § 636(b)(1) such that the decision of the Commissioner denying plaintiff's application for disability insurance benefits is REVERSED.  Any motions pending with the Court are Dismissed and this case is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Fred Biery

Date:   10/02/2017

CLERK OF COURT

_____, Amy Jackson
*Signature of Clerk or Deputy Clerk*